# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0030. KOLESNIK v. YEFREMOVA.**

Upon consideration of the Petitioner's emergency motion for an extension of time to file a discretionary application from the trial court's October 19, 2023 final judgment and decree of divorce, the motion is hereby GRANTED, and the Petitioner shall have until December 20, 2023 to file a discretionary application. See Court of Appeals Rule 16 (c).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/16/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, *Clerk.*